UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARAN GARLAPATI, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL ACKERSTEIN, et al., <br><br> Defendants. | Case No. C23-1175RSM <br><br> ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT |

    *Pro se* Plaintiff Sharan Garlapati has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #3. The Complaint was posted on the docket on August 4, 2023. Dkt. #5. Summonses have not yet been issued.

    Plaintiff Garlapati brings this case against Michael Ackerstein, attorney at law, as well as a medical student, two research assistants, a neurologist, and an additional person. *Id*. at 2–7. Plaintiff resides in Redmond, Washington; all but one of the Defendants reside in Massachusetts. *Id*. at 1–3. One Defendant appears to reside in Washington State. The factual circumstances of this case are stated briefly in two handwritten pages. Plaintiff alleges that "Ackerstein Law" has committed numerous crimes against Plaintiff, including: "extortion/blackmail, theft, fraud, obstruction of justice, witness tampering, commission of murder-for-hire, kidnapping, slavery, [and] trafficking of controlled substances." *Id*. at 7. Plaintiff states "I allege that this enterprise of individuals conspired to successfully destroy my academic career in medicine." *Id*. No further details of the acts of Defendants are provided. Plaintiff seeks 90 million dollars from each Defendant. *Id*. at 8.

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT - 1

The Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

As it currently stands, Plaintiff's Complaint fails to state a claim upon which relief can be granted. The Complaint lacks the who, what, where, when and why needed for the Court and the Defendants to understand what is being alleged. All Plaintiff has said is that Defendants, together, committed a bare-bones list of crimes. Defendants cannot respond to these accusations without further factual details. The crimes alleged appear unrelated to the accusation that Defendants destroyed Plaintiff's career in medicine. The allegations are not separated out for each Defendant. The amount of damages appears fantastical and raises the suspicion that these claims are frivolous. In sum, the Complaint suffers from deficiencies that, if not corrected in an Amended Complaint, require dismissal. *See* 28 U.S.C. § 1915(e)(2)(B).

Accordingly, the Court hereby ORDERS that Plaintiff shall file an Amended Complaint **no later than thirty (30) days from the date of this Order**. In the Amended Complaint, Plaintiff must repeat all the elements of the existing Complaint (the parties, the causes of action, etc.) plus additional facts and citations to law addressing the above deficiencies. All relevant facts must be included in a single pleading document and not in attachments. Failure to file a timely Amended Complaint will result in dismissal of this case.

DATED this 4th day of August, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE